IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOMMY GRAGG; and RHONDA )
GRAGG )
) No. 3-09-1174
v. )
)
AIG CENTENNIAL INSURANCE CO.; )
AIG PRIVATE CLIENT GROUP; AIU; )
and CHARTIS )

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, May 26, 2010, at 2:00 p.m.,** to be initiated by counsel for the defendants, to address the plaintiffs' motion to compel (Docket Entry No. 13), and plaintiff's motion for continuance of the June 4, 2010, conference call and extension of deadline for the plaintiffs to submit to examinations under oath ("EUOs") (Docket Entry No. 12).

Although the Court would normally await responses to those motions from the defendants, because the motions address extending the time beyond June 4, 2010, for the plaintiffs to submit to EUOs, it appears appropriate to at least address that issue prior to June 4, 2010.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge