IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOMMY GRAGG; and RHONDA )
GRAGG )
) No. 3-09-1174
v. )
)
AIG CENTENNIAL INSURANCE CO.; )
AIG PRIVATE CLIENT GROUP; AIU; )
and CHARTIS )

O R D E R

The plaintiffs' motion to withdraw (Docket Entry No. 15) their motion to compel is GRANTED.

As a result, the plaintiffs' motion to compel (Docket Entry No. 13) is DENIED as MOOT.

The plaintiffs' motion for continuance of telephonic conference call and for extension of deadline for plaintiffs to submit to examinations under oath (Docket Entry No. 12) is GRANTED.

The telephone conference call, scheduled by order entered February 19, 2010 (Docket Entry No. 10), on June 4, 2010, is CANCELLED.

The telephone conference call, scheduled by order entered May 19, 2010 (Docket Entry No. 14), on May 26, 2010, is CANCELLED.

The June 4, 2010, conference call is RESCHEDULED to **Wednesday, July 14, 2010, at 11:00 a.m.,** to be initiated by counsel for the defendants.

The June 4, 2010, deadline for the plaintiffs to submit to examinations under oath is extended to July 10, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge