IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOMMY GRAGG; and RHONDA )
GRAGG )
) No. 3-09-1174
v. )
)
AIG CENTENNIAL INSURANCE CO.; )
AIG PRIVATE CLIENT GROUP; AIU; )
and CHARTIS )

O R D E R

Pursuant to the order entered July 12, 2010 (Docket Entry No. 20), counsel for the parties called the Court on September 8, 2010, at which time they advised that they were in the midst of the examination under oath ("EUO") of plaintiff Tommy Gragg, but would have to reconvene and reschedule the remainder of the examination. Once the EUO is complete, defendants' counsel will be able to determine how and when the defendant will respond.

Counsel shall convene a telephone conference call with the Court on **Wednesday, October 13, 2010, at 9:00 a.m.,** to be initiated by defendants' counsel, to address the status of the case, and specifically whether the EUOs have been completed, the potential for settlement, propriety of ADR, and/or scheduling the remainder of this case in the event that a settlement of this case cannot be reached.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge