IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TOMMY GRAGG; and RHONDA GRAGG | ) ) ) | No. 3-09-1174 |
| v. | ) ) | |
| AIG CENTENNIAL INSURANCE CO.; AIG PRIVATE CLIENT GROUP; AIU; and CHARTIS | ) ) ) ) | |

O R D E R

Pursuant to the order entered September 8, 2010 (Docket Entry No. 21), counsel for the parties called the Court on October 13, 2010, at which time they advised that defendants' counsel had taken the EUOs of the plaintiffs and have scheduled additional examinations the week of October 18, 2010. In addition, the parties plan to exchange additional documents, and then consider whether they want to participate in a mediation or a settlement conference.

Counsel for the parties shall complete the EUOs, their informal exchange of documents, and explore the potential for settlement. Counsel shall convene another telephone conference call with the Court on **Thursday, January 6, 2011, at 9:00 a.m.,** to be initiated by defendants' counsel, to address whether the parties want to schedule mediation or a settlement conference.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge