IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOMMY GRAGG; and RHONDA )
GRAGG )
                                                    ) No. 3-09-1174
v. )
                                                    )
AIG CENTENNIAL INSURANCE CO.; )
AIG PRIVATE CLIENT GROUP; AIU; )
and CHARTIS )

O R D E R

The parties' joint motion to reschedule status conference (Docket Entry No. 24) is GRANTED.

The telephone conference call, scheduled by order entered January 10, 2011 (Docket Entry No. 23), on March 8, 2011, is RESCHEDULED to **Tuesday, March 15, 2011, at 2:00 p.m.,** to be initiated by defendant's counsel, to address the status of settlement discussions.

It is so ORDERED.

                                                                                                                      
JULIET GRIFFIN
United States Magistrate Judge