IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TOMMY GRAGG; and RHONDA )
GRAGG )
) No. 3-09-1174
v. )
)
AIG CENTENNIAL INSURANCE CO.; )
AIG PRIVATE CLIENT GROUP; AIU; )
and CHARTIS )

O R D E R

Pursuant to the order entered March 14, 2011 (Docket Entry No. 25), counsel for the parties called the Court on March 15, 2011, at which time they advised that the plaintiff had made a settlement demand, and that the parties want to participation in private mediation with Tracy Shaw.

By March 29, 2011, the parties shall file a notice of when they have scheduled mediation.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge