IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOMMY GRAGG; and RHONDA GRAGG | ) ) ) |
| v. | ) No. 3-09-1174 ) ) |
| AIG CENTENNIAL INSURANCE CO.; AIG PRIVATE CLIENT GROUP; AIU; and CHARTIS | ) ) ) ) |

O R D E R

In accord with the order entered March 17, 2011 (Docket Entry No. 26), defendants filed a Notice of Scheduled Mediation (Docket Entry No. 27) on March 29, 2011.

By August 29, 2011, the parties shall file another joint mediation statement, indicating whether they participated in mediation on August 25, 2011, whether they were able to reach a settlement, and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether the potential for settlement remains.

The parties shall file such a joint mediation statement by August 29, 2011, even if the mediator has filed a report.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge