IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOMMY GRAGG AND RHONDA GRAGG | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:09-1174 ) |
| AIG CENTENNIAL INSURANCE CO.; AIG PRIVATE CLIENT GROUP; AIU; AND CHARTIS | ) JUDGE THOMAS A. WISEMAN, JR. ) MAGISTRATE JUDGE JULIET ) GRIFFIN ) |
| Defendants. | ) ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS**

Plaintiffs Tommy and Rhonda Gragg ("The Graggs") and Defendants AIG Centennial Insurance Co., AIG Private Client Group, AIU, and Chartis ("All Defendants"), as evidenced by the signatures below, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this stipulation and stipulate that they have resolved all issues between them. The Graggs, therefore, stipulate to the dismissal with prejudice of all of their claims against All Defendants.

                              RESPECTFULLY SUBMITTED,

                              By:   */s/ Joseph M. Dalton, Jr.*
                                   Joseph M. Dalton, Jr., Esq., BPR No. 9411
                                   P. O. Box 2827
                                   Hendersonville, TN 37077

                                   Attorney for Plaintiffs

LEWIS, KING, KRIEG & WALDROP, P.C.


By:    */s/ Daniel W. Olivas*
       Daniel W. Olivas, BPR No. 24641
       424 Church Street, Suite 2500
       P.O. Box 198615
       Nashville, TN 37219-8615

       Attorney for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2012, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Joseph M. Dalton, Jr., Esq.
P. O. Box 2827
Hendersonville, TN 37077

               */s/ Daniel W. Olivas*