UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TOMMY GRAGG, et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:09-cv-1174 |
| ) | Judge Griffin |
| v. ) | |
| ) | |
| AIG CENTENNIAL INSURANCE CO., et al. ) | |
| ) | |
| Defendants. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 11, 2012.

KEITH THROCKMORTON, CLERK

s/   Hannah Blaney